| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>STEEH, GEORGE C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT EASTERN DISTRICT MICHIGAN | 3. Date of Report<br><br>05/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>231 W. LAFAYETTE #235<br>DETROIT, MI. 48226 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | CHILD ADVOCACY CENTER - CARE HOUSE |
| 2. | BOARD OF DIRECTORS | COMPREHENSIVE YOUTH SERVICES |
| 3. | BOARD OF DIRECTORS | MT. CLEMENS REGIONAL MEDICAL CENTER |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | COUNTY OF MACOMB EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 2. | 1996 | DEFERRED COMPENSATION PLAN 457-MACOMB COUNTY EMPLOYEES |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | STATE OF MICHIGAN EMPLOYEE RETIREMENT PLAN | $19,277.00 |
| 2. VARIOUS | COUNTY OF GENESSEE | $3,890.00 |
| 3. VARIOUS | MACOMB COUNTY FINANCE | $4,191.00 |
| 4. VARIOUS | JUDICIAL RETIREES & SURVIVORS | $154,537.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI (AMERICAN CONFERENCE INSTITUTE) NATIONAL BAD FAITH LITIGATION CONFERENCE | 04/29/13-04/30/13 | PHILADELPHIA, PA | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 2. | ACI CONFERENCE: NATIONAL ADVANCED FORUM ON LIFE INSURANCE AND AD&D CLAIMS & LITIGATIO | 07/29/13-07/30/13 | NEW YORK CITY, NY | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | STEEH, GEORGE C. | 05/05/2014 |

| 3. | ACI CONFERENCE: EMPLOYMENT DISCRIMINATION LITIGATION | 07/31/13 | NEW YORK CITY, NY | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 4. | ACI CONFERENCE: NATIONAL BAD FAITH LITIGATION | 11/21/13-11/22/13 | MIAMI, FL | EVENT HELD | TRANSPORTATION, LODGING AND MEALS |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BENNETT PROMISSORY NOTE | | None | J | W | | | | | |
| 2. GROWTH FUND OF AMERICA CL A | D | Dividend | M | T | | | | | |
| 3. INVESTMENT COMPANY OF AMERICA CL A | D | Dividend | M | T | | | | | |
| 4. DWS SCUDDER HIGH INCOME FUND CLASS A | C | Dividend | L | T | | | | | |
| 5. EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | K | T | | | | | |
| 6. CALAMOS GROWTH FUND CLASS A | B | Dividend | J | T | | | | | |
| 7. CHESTERFIELD PUB, LLC | | None | L | V | | | | | |
| 8. TALMER BANK AND TRUST | A | Interest | J | T | | | | | |
| 9. MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION | A | Interest | L | T | | | | | |
| 10. MORGAN STANLEY SMITH BARNEY (IRA) CASH | A | Interest | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART VII, PAGE 5, LINE 7, COL C(2): VALUE WAS DETERMINED BY MEMBERS AT THEIR ANNUAL MEETING.

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE C. STEEH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544